J. Mitchell Joyner
Attorney at Law
AK Bar No. 8406031
810 W. 2nd Ave.
Anchorage, Alaska 99501
Phone (907) 274-5646
Fax (907) 272-4851

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re: )
)
EDWARD A. BURKE, JR and )
LINDA S. BURKE )
Debtors. )
) Case No. 08-00144-DMD

**AFFIDAVIT OF EDWARD A. BURKE, JR**

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

1. I am the co-debtor in the above-captioned Chapter 13 bankruptcy.

2. When I filed my bankruptcy petition I did my best to calculate my income and expenses. My bookkeeping was in disarray at the time. I have since retained a bookkeeper, Mr. Larry Lee, who has gone back and calculated my business income and expenses. I plan to amend my statements and schedules to conform to this new information.

3. Since filing our Chapter 13 bankruptcy my income has increased due to an increase in the mortgage loan business. My gross income in April was $6,320, and my gross income in May was $14,537. I anticipate the income to increase or at least stay constant.

4. Attached as an exhibit to this affidavit is the year to date profit and loss statement my bookkeeper prepared. I believe that based on this information I will have sufficient funds

LAW OFFICE OF
**J. MITCHELL JOYNER**
810 WEST SECOND AVENUE
ANCHORAGE, ALASKA 99501
TEL: (907) 274-5646 FAX: (907) 272-4851

to make the plan payments and the mortgage payment if I am successful in obtaining the return of the house.

DATED this 18th day of June, 2008.

Edward A. Burke, Jr

SUBSCRIBED and SWORN to before me this 18th day of June, 2008, at Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 08-05-2010

**Certificate of Service**
I certify that on 6/11/08 a copy of this Response to Objection to Confirmation of Chapter 13 Plan and Motion to Dismiss

was served on the following individuals.

-Larry Compton
akchapter13@hotmail.com

-Gary Spraker

-Edward A. Burke Jr. & Linda S. Burke
frontiermortgage@yahoo.com

/s/ Mikaelle Pastana
Mikaelle Pastana, Staff Asst.
Law Office of J. Mitchell Joyner

LAW OFFICE OF
**J. MITCHELL JOYNER**
810 WEST SECOND AVENUE
ANCHORAGE, ALASKA 99501
TEL: (907) 274-5646 FAX: (907) 272-4851

1:04 PM
06/18/08
Accrual Basis

# 1st Frontier Mortgage
## Profit & Loss
### January through May 2008

| | | Jan - May 08 |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Sales | | 43,277.78 |
| Total Income | | 43,277.78 |
| Gross Profit | | 43,277.78 |
| Expense | | |
| Advertising and Promotion | | 6,307.10 |
| Automobile Expense | | |
| Car Wash | 263.00 | |
| Gasoline | 992.14 | |
| Automobile Expense - Other | 911.35 | |
| Total Automobile Expense | | 2,166.49 |
| Bank Service Charges | | 547.05 |
| Business Licenses and Permits | | 47.00 |
| Business Services | | 100.00 |
| Credit Reports | | 666.00 |
| Dues and Subscriptions | | 145.00 |
| Jantitorial | | 150.00 |
| Meals and Entertainment | | 2,334.37 |
| Misc | | 4,331.85 |
| Postage and Delivery | | 306.70 |
| Professional Fees | | |
| Accounting | 2,287.50 | |
| Legal | 3,005.00 | |
| Professional Fees - Other | 550.00 | |
| Total Professional Fees | | 5,842.50 |
| Rent Expense | | 2,500.00 |
| Software | | 522.84 |
| Telephone Expense | | 2,582.66 |
| Total Expense | | 28,549.56 |
| Net Ordinary Income | | 14,728.22 |
| Net Income | | **14,728.22** |

1:05 PM
06/18/08
Accrual Basis

# 1st Frontier Mortgage
## Profit & Loss
### January through May 2008

| | Jan 08 | Feb 08 | Mar 08 | Apr 08 | May 08 | TOTAL |
|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | |
| Income | | | | | | |
| Sales | 1,000.00 | 16,720.74 | 4,700.00 | 6,320.00 | 14,537.04 | 43,277.78 |
| Total Income | 1,000.00 | 16,720.74 | 4,700.00 | 6,320.00 | 14,537.04 | 43,277.78 |
| Gross Profit | 1,000.00 | 16,720.74 | 4,700.00 | 6,320.00 | 14,537.04 | 43,277.78 |
| Expense | | | | | | |
| Advertising and Promotion | 600.00 | 2,665.10 | 813.00 | 1,680.00 | 549.00 | 6,307.10 |
| Automobile Expense | | | | | | |
| Car Wash | 0.00 | 8.00 | 38.00 | 17.00 | 200.00 | 263.00 |
| Gasoline | 15.26 | 44.58 | 285.74 | 319.36 | 327.20 | 992.14 |
| Automobile Expense - Other | 71.70 | 3.00 | 90.40 | 0.00 | 746.25 | 911.35 |
| Total Automobile Expense | 86.96 | 55.58 | 414.14 | 336.36 | 1,273.45 | 2,166.49 |
| Bank Service Charges | 5.15 | 448.60 | 13.70 | 66.65 | 12.95 | 547.05 |
| Business Licenses and Permits | 0.00 | 0.00 | 47.00 | 0.00 | 0.00 | 47.00 |
| Business Services | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| Credit Reports | 164.00 | 66.00 | 225.00 | 81.00 | 130.00 | 666.00 |
| Dues and Subscriptions | 0.00 | 145.00 | 0.00 | 0.00 | 0.00 | 145.00 |
| Jantitorial | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 150.00 |
| Meals and Entertainment | 0.00 | 516.92 | 452.89 | 613.09 | 751.47 | 2,334.37 |
| Misc | 275.00 | 762.39 | 666.79 | 1,086.00 | 1,541.67 | 4,331.85 |
| Postage and Delivery | 32.38 | 0.00 | 161.33 | 112.99 | 0.00 | 306.70 |
| Professional Fees | | | | | | |
| Accounting | 0.00 | 94.25 | 221.00 | 1,218.25 | 754.00 | 2,287.50 |
| Legal | 0.00 | 0.00 | 0.00 | 3,005.00 | 0.00 | 3,005.00 |
| Professional Fees - Other | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | 550.00 |
| Total Professional Fees | 0.00 | 94.25 | 221.00 | 4,773.25 | 754.00 | 5,842.50 |
| Rent Expense | 0.00 | 1,000.00 | 0.00 | 500.00 | 1,000.00 | 2,500.00 |
| Software | 156.80 | 6.35 | 70.20 | 62.60 | 226.89 | 522.84 |
| Telephone Expense | 0.00 | 1,600.91 | 0.00 | 481.75 | 500.00 | 2,582.66 |
| Total Expense | 1,320.29 | 7,361.10 | 3,235.05 | 9,893.69 | 6,739.43 | 28,549.56 |
| Net Ordinary Income | -320.29 | 9,359.64 | 1,464.95 | -3,573.69 | 7,797.61 | 14,728.22 |
| **Net Income** | **-320.29** | **9,359.64** | **1,464.95** | **-3,573.69** | **7,797.61** | **14,728.22** |